## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EVERETT N. PORTER**<br>c/o GOODWIN WEBER PLLC<br>267 Kentlands Blvd. #250<br>Gaithersburg, MD 20878<br><br>**Plaintiff**<br><br>V<br><br>**CHRISTEL C. GUILLEN**<br>3552 Ft. Lincoln Drive, NE<br>Washington, DC 20018<br><br>&<br><br>**DARRIN N. PORTER**<br>801 S. 15th Street, #1501<br>Arlington, VA 22202<br><br>**Defendants** | *<br>*<br>*<br>*<br>**Case No. 18-CV-1046**<br>*<br>*<br>*<br>*<br>* |

### COMPLAINT FOR SALE IN LIEU OF PARTITION OF REAL PROPERTY

Comes now the Plaintiff, Everett N. Porter, by and through his counsel, GOODWIN WEBER PLLC, and attorneys David P. Weber and Richard J. Link, and sues the Defendants, Christel C. Guillen and Darrin N. Porter, for the sale in lieu of partition of real property. As grounds therefore, Plaintiff states as follows:

1. Plaintiff Everett N. Porter is a resident of the State of Maryland residing in Howard County, Maryland.

2. Defendant Christel C. Guillen is a resident of Washington, DC residing at the address noted in the case caption.

3. Defendant Darrin N. Porter is a resident of the Commonwealth of Virginia residing at the address noted in the case caption.

4. Jurisdiction is founded on 28 U.S.C. § 1332, as there is complete diversity between all parties.

5. Venue is proper in this Court as this lawsuit pertains to real property located in Washington, DC.

6. That the parties are the joint tenant owners of improved residential real property known as 3552 Ft. Lincoln Drive, NE, Washington, DC 20018. Specifically, the property is titled as a joint tenancy. The parties acquired title to the real property by Deed dated January 28, 2015 recorded in the District of Columbia Recorder of Deeds (Lot 4327, Square 0991). A copy of the Deed is attached hereto as Exhibit "A" and is prayed to be made a part hereof.

7. That the property is a single family home and cannot be divided into distinct portions so that the respective parties may hold their interests in severalty without substantial loss, diminution in value, and injury to the parties.

8. That Co-Defendant Christel C. Guillen currently resides in the property. Ms. Guillen is married to Co-Defendant Darrin N. Porter although they are separated. Plaintiff Everett N. Porter is the father of Co-Defendant Darrin N. Porter.

9. The Plaintiff wishes the house to be sold so that he can obtain his respective equity interest in the real property.

10. There is an outstanding mortgage on the subject property. Plaintiff has been forced to pay the mortgage without any financial assistance from the Defendants, even though he is not living in the subject property and even though the Defendants have the financial wherewithal to pay the mortgage.

11. That on information and belief, Co-Defendant Christel C. Guillen is renting and/or subleasing a portion of the property. Ms. Guillen is not sharing the monies received with the

Plaintiff, or making payments on the mortgage.

12. Plaintiff has made demand that the Defendants sign a listing agreement on the subject property. Despite demand, Defendants have refused to list the property and/or cooperate in the resolution of this matter.

WHEREFORE, the premises considered, your plaintiff prays that this Honorable Court:

1. Order a sale of the Property in lieu of partition and appoint a Trustee for said purposes;

2. Order that the proceeds from such sale, if any, be divided pro rata between the parties, after subtraction of payment of the mortgage and attorney's fees by Plaintiff from the portions of Defendants;

3. Order Defendants to bear the costs of this action;

4. Order that the Defendants be responsible, in whole or in part, for mortgage payments up until the time of sale;

4. Order Co-Defendant Guillen be required to product an accounting for all rents and monies she has received from the Property;

5. Award damages to Plaintiff in an amount greater than $75,000.00;

6. And For such other and further relief as justice may require.

/s/ Everett N. Porter

_____
EVERETT N. PORTER

STATE OF Maryland
COUNTY OF: Howard

SWORN TO AND SUBSCRIBED, before me, this 2nd day of May, 2018.

/s/ Jan Elise Jackson Comm'n Exp 12/22/2021

_____
NOTARY PUBLIC

GOODWIN WEBER PLLC

/s/ David P. Weber

_____
RICHARD J. LINK, #443609
DAVID P. WEBER, #468260
Attorney for Plaintiff
GOODWIN WEBER PLLC
267 Kentland Blvd., Suite 250
Gaithersburg, MD 20878
(301) 850-7600 X103
Richard.link@goodwinweberlaw.com
david.weber@goodwinweberlaw.com